UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 5:26-cv-03815-SVW-ACCV | Date | August 6, 2026 |
|---|---|---|---|
| Title | *Yeiny Penaloza Monsalve v. Warden Adelanto ICE Processing Center et al.* | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   ORDER DENYING PETITIONER'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [3]

Before the Court is Petitioner Yeiny Penaloza Monsalve's ex parte application for a temporary restraining order ("TRO") in an immigration-related habeas corpus action.[1] ECF No. 3. The Central District of California's General Order No. 26-05 recently articulated an expedited briefing schedule for immigration-related habeas corpus actions. This scheduling order was "intended to provide a prompt resolution to habeas petitions and reduce the contemporaneous filing of applications for a temporary restraining order." Petitioner has not shown through a declaration that this is a case "where the petitioner alleges imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule."

Petitioner's ex parte application is therefore DENIED.

**IT IS SO ORDERED.**

---

[1] The Court notes that this is the second habeas petition filed before this Court by Petitioner this year. *See Yeiny Penaloza Monsalve v. Fereti Semaia et al.*, No. 5:26-cv-00463-SVW-ACCV

| | : |
|---|---|
| Initials of Preparer | DTA |